# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

DESHEEN RASHAW PRESCOTT,

      Movant,

    v.

UNITED STATES OF AMERICA,

      Respondent.

4:23-cr-33

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and dismiss without prejudice Movant Desheen Prescott's ("Prescott") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. No. 74. Prescott filed Motions to Deem Objections Timely, dkt. nos. 75, 77, to which Respondent responded, dkt. no. 76. Prescott also has filed "Supplemental Objections." Dkt. No. 78.

The Court **DENIES** Prescott's Motions to Deem Objections Timely. Any objections to the Report and Recommendation were due to be filed on or before August 21, 2025, or 14 days after the Magistrate Judge issued his Report on August 7, 2025. Dkt. No. 74. Prescott's first Motion was signed on September 5, 2025, and was filed on September 9, 2025. Dkt. No. 75. And in this Motion, Prescott states he received his legal property on April 18, 2025.

Id. at 1.  In addition, Prescott offers no explanation as to why he could not respond to the Motion to Dismiss at any time before the August 7, 2025 Report and Recommendation, which is especially telling considering the Court gave Prescott until July 8, 2025, to respond to the Motion to Dismiss—more than four months after his response was initially due.  See Dkt. No. 62 (Feb. 14, 2025 Order directing response to the Motion to Dismiss within 14 days).  Further, Prescott does not present a specific objection to the Report and Recommendation, and he still offers no response to the Motion to Dismiss.  In short, Prescott provides no reason for the Court to deem his Objections timely and, even if the Court were to deem Prescott's Objections timely, he provides no reason for the Court to reject the Report and Recommendation based on any Objections.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court.  See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error.").  I **GRANT as unopposed** Respondent's Motion to Dismiss, **DISMISS without prejudice** Prescott's 28 U.S.C. § 2255 Motion based on his failure to respond to the Motion to Dismiss and to follow this Court's Orders, and **DIRECT** the Clerk of Court

to **CLOSE** this case and enter the appropriate judgment of dismissal.
I also **DENY** Prescott *in forma pauperis* status on appeal and a
Certificate of Appealability.

    **SO ORDERED**, this 26 day of January, 2026.

           HON. LISA GODBEY WOOD, JUDGE
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF GEORGIA